NO. 07-05-0405-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 19, 2006
_____

ROGER DOUGLAS PHELPS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY;

NO. F-2004-1887-E; HONORABLE LEE GABRIEL, JUDGE
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his attorney both have signed the document stating that appellant withdraws his appeal. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.